In the Matter of LONG ISLAND LIGHTING COMPANY, Appellant, against INCORPORATED VILLAGE OF EAST ROCKAWAY et al., Respondents.

Argued November 26, 1952; decided January 15, 1953.

*Charles E. Elbert, David K. Kadane, Edward M. Barrett* and *Bertram D. Moll* for appellant.

*W. Wesley Hill* and *Charles A. Rathkopf* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.